CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7034
    Fax:         (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAJIV AGNIHOTRI, <br><br> Defendant. | NO. 5:23-CR-00354-PCP <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOANNE MARIAN SEGOVIA, <br><br> Defendant. | NO. 5:24-CR-00459-EKL <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

      Pursuant to Local Criminal Rule 8-1(a), the United States of America hereby notifies the Court that the two above-captioned criminal cases might be related.

      In case no. 5:23-CR-354-PCP, defendant Rajiv Agnihotri was charged on October 11, 2023 with fifteen counts for conspiracy to distribute controlled substances and unlawful importation of various

NOTICE OF RELATED CASES             1

controlled substances, including Zolpidem, Alprazolam, Lorazepam, Tapentadol, and Tramadol, in an Indictment (ECF No. 1).  Defendant Agnihotri pleaded guilty to those charges on July 3, 2024 (ECF No. 31).  He was detained on January 1, 2025 (ECF No. 54), and is currently in custody awaiting sentencing.

In case no. 5:24-CR-00459-EKL, defendant Joanne Marian Segovia was originally charged on March 27, 2023 by Criminal Complaint (ECF No. 1), and then on charged on August 12, 2024 with one count of unlawful importation of a controlled substance, Tapentadol, by an Felony Information (ECF No. 55).  Defendant Segovia pled guilty to that charge on October 8, 2024 (ECF No. 58) pursuant to a plea agreement.  She was sentenced on January 21, 2025 (ECF No. 64), to 3 years of probation with 100 hours of community service; $100.00 special assessment.

The informs the Court that cases might be related within the meaning of Local Rule 8-1(b)(2).  Specifically, defendant Agnihotri imported various controlled substances as specified in his Indictment from a criminal network in India that called itself "Durgapura pharmacy," and then distributed those controlled substances throughout the United States.  During the government's investigation of defendant Agnihotri's conduct, the government learned that defendant Agnihotri had distributed controlled substances to defendant Segovia.  Further investigation by the government into defendant Segovia then revealed that she also was in contact with one of defendant Agnihotri's sources in India, separately from Agnihotri, and that defendant Segovia directly received controlled substances from that source in India for her own personal use and to distribute them within the United States.  This relationship between the defendants was set out in further detail in the Government's Sentencing Memorandum (ECF No. 62) that was filed on January 14, 2025 in defendant Segovia's case.  That Memorandum also noted defendant Agnihotri's case as co-pending and awaiting sentencing at that time.

It is the government's position that the two defendants are not similarly situated.  Accordingly, the government intends to make a different sentencing recommendation for defendant Agnihotri than it did for defendant Segovia based on the factors set forth in 18 U.S.C. § 3553(a).  Nevertheless, if the Judge who sentences defendant Agnihotri is different than the Judge who sentenced defendant Segovia, then there might be duplication of efforts by those different Judges regarding (1) any fact finding pertaining to how controlled substances were imported and distributed by these two defendants, and

(2) the sentencing guidelines calculations that results from the converted drug weights of those controlled substances, which include counterfeit prescription medications, pursuant to U.S.S.G. § 2D1.1(c).

DATED: July 23, 2025                Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

2068-0770-3812, v. 1